|  | Plaintiff, |
|---|---|
| INDUSTRIAL COMPUTING, INC. | |
| **-v-** | |
| CHUNGHWA PICTURE TUBES, LTD., et al. | |
|  | Defendant. |

**'07 CIV 11203**

Case No._____



Rule 7.1 Statement

FILED
DEC 13 2007
USDC WP SDNY

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Industrial Computing, Inc._____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** _12/13/07_____

_Jeffrey Klafta_____
**Signature of Attorney**

**Attorney Bar Code:** JK-0953_____

Form Rule7_1.pdf  SDNY Web 10/2007