| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): GOLD, BENNETT & CERA, LLP 595 MARKET STREET, # 2300 SAN FRANCISCO, CA 94105 | TELEPHONE NO. (415) 777-22 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): | Ref. No. or File No. | |
| Insert name of court, judicial district or branch court, if any: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK NEW YORK, NY | | |
| PLAINTIFF: INDUSTRIAL COMPUTING, INC. | | |
| DEFENDANT: CHUNGHWA PICTURE TUBES, LTD., ET AL. | | |
| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 07CIV11203 |

# UNITED STATES DISTRICT COURT
# DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons in a Civil Action; Class Action Complaint; Rule 7.1 Statement; Statement of Related Cases; Procedures for Electronics Case Filing; Guidelines for Electronic Case Filing; 3rd Amended Instructions for Filing and Electronic Case or Appeal

ON: **ROYAL PHILIPS ELECTRONICS N.V.**

AT: **2730 GATEWAY OAKS DRIVE, #100
SACRAMENTO, CA 95833**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**BECKY DEGEORGE - REGISTERED AGENT FOR SERVICE OF PROCESS**

ON: **12/19/2007**
AT: **01:35 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **40.00**
County: Sacramento
Registration No.: 2006-60
**Janney and Janney Attorney Service, Inc.**
1545 Wilshire Blvd.
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 27, 2007.**

Signature: _____
Jeff King

PROOF OF SERVICE

Order#: LA311736A/GProof39