| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE: | FOR COURT USE ONLY |
|---|---|---|
| GOLD, BENNETT & CERA, LLP<br>595 MARKET STREET, # 2300<br>SAN FRANCISCO, CA 94105 | (415) 777-2230 | |
| ATTORNEY FOR (Name): | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

NEW YORK, NY

PLAINTIFF:

INDUSTRIAL COMPUTING, INC.

DEFENDANT:

CHUNGHWA PICTURE TUBES, LTD., ET AL.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>07CIV11203 |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons in a Civil Action; Class Action Complaint; Rule 7.1 Statement; Statement of Related Cases; Procedures for Electronics Case Filing; Guidelines for Electronic Case Filing; 3rd Amended Instructions for Filing and Electronic Case or Appeal**

ON: **SAMSUNG SDI AMERICA, INC.**

AT: **3333 MICHELSON DRIVE, # 700**
    **IRVINE, CA 92612**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**DIANA KIM - AGENT FOR SERVICE OF PROCESS**

ON: **12/21/2007**
AT: **02:20 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **65.00**
County: **Orange**
Registration No.: **1374**
**Janney and Janney Attorney Service, Inc.**
**1545 Wilshire Blvd.**
**Los Angeles, CA 90017**
**(213) 628-6338**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 26, 2007**.

Signature: _____
Donald Niemeyer

**PROOF OF SERVICE**

Order#: LA311736H/GProof39